UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

NEWSOM, et al.,

Defendants.

No. 1:26-cv-06051-KES-FJS (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE

Doc. 10

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2026, the assigned magistrate judge screened the complaint and issued findings and recommendations that this action be dismissed as duplicative of *Cannavan v. Newsom, et al.*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"). Doc. 10. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 6. Plaintiff timely filed objections on August 14, 2026 and on August 21, 2026. Doc. 12.

In his objections, plaintiff sets forth a variety of legal conclusions and unrelated factual allegations, but he does not address the magistrate judge's finding that the instant action is duplicative of *Cannavan I*, or that plaintiff may seek to raise claims against more than one

individual named defendant in *Cannavan I* if he believes other individuals violated his rights as a result of the same incident. *See* Doc. 12. To the extent that petitioner attempts to raise separate claims against defendant Navarro, the objections fail to state specific allegations regarding Navarro that would support a claim for relief.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the entire, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 10, 2026, Doc. 10, are adopted in full;
2. This action is dismissed as duplicative; and
3. The Clerk of the Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: August 30, 2026

UNITED STATES DISTRICT JUDGE