UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>NEWSOM, *et al.*,<br>Defendants. | Case No. 1:26-cv-06051-KES-FJS (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15) |

Plaintiff Patrick A. Cannavan ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2026, the district judge dismissed this action as duplicative. (ECF No. 13.) Judgment was entered accordingly the same date. (ECF No. 14.)

On September 17, 2026, Plaintiff filed a document titled "Objections to Magistrate Judge's Findings and Recommendations." (ECF No. 15.) Plaintiff states that he specifically objects to findings and recommendations issued in Case Nos. 1:26-cv-06995-EGC (PC) and 1:26-cv-06992-EPG (PC). (*Id.* at 1.)

Plaintiff's objections are disregarded as procedurally improper. As noted above, Plaintiff specifically challenges findings and recommendations issued in two other actions. There are no pending findings and recommendations in the instant action. To the extent Plaintiff wishes to file objections to any findings and recommendations, his objections are more appropriately filed in

the case where the findings and recommendations were issued.[1] Furthermore, this action is closed.

Based on the foregoing, Plaintiff's September 17, 2026, objections to magistrate judge's findings and recommendations, (ECF No. 15), are HEREBY DISREGARDED. This action remains closed.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE

[1] The court notes Plaintiff already filed identical objections to the findings and recommendations in the above-referenced actions. *Cannavan v. Newsom*, Case No. 1:26-cv-06992-JLT-EPG (PC), Doc. 9; *Cannavan v. Newsom*, Case No. 1:26-cv-06995-KES-EGC (PC), Doc. 9.